| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Baisier, Paul M. | 2. Court or Organization US Bankruptcy Court, Northern District of Georgia | 3. Date of Report 05/14/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) US Bankruptcy Judge, Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

Richard B. Russell Federal Building and US Courthouse
75 Ted Turner Drive, SW, Room 1234
Atlanta, GA 30303

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Manager | Lion Shamrock VI, LLC |
| 2. | Trustee | Trust I |
| 3. | Trustee | Trust II |
| 4. | Secretary | Burton Getaways Property Owners Association, Inc. |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Atlanta Bar Association | Free association dues and waived seminar attendance fees | $415.00 |
| 2. | Southeastern Bankruptcy Law Institute | Waived fee for annual seminar and related meals / events | $895.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▓▓▓▓▓▓ | Private School Tuition | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Roth IRA 2 (H) | | | | | | | | | |
| 2. iShares Core Growth Alloc Fund | A | Dividend | J | T | | | | | |
| 3. Contributory IRA 2 (H) | | | | | | | | | |
| 4. iShares Core Growth Allocation ETF | A | Dividend | J | T | | | | | |
| 5. Individual Account 2 (H) | | | | | | | | | |
| 6. DFA Tax Mgd US Targeted Value ETF | A | Dividend | J | T | | | | | |
| 7. iShares MSCI Min Vol EM ETF | A | Dividend | J | T | Buy (add'l) | 04/27/17 | J | | |
| 8. Blackrock Strat Muni Fd | A | Dividend | K | T | | | | | |
| 9. Pimco Enhanced Short ETF | A | Dividend | J | T | | | | | |
| 10. Pimco Inc Instl CL | A | Dividend | J | T | Buy (add'l) | 05/23/17 | J | | |
| 11. SCH US Dividend ETF | A | Dividend | J | T | | | | | |
| 12. SCH Intl EQ ETF | A | Dividend | K | T | Buy (add'l) | 04/27/17 | J | | |
| 13. | | | | | Buy (add'l) | 05/23/17 | J | | |
| 14. Schwab Large Cap Value ETF | A | Dividend | J | T | Buy | 05/23/17 | J | | |
| 15. Schwab US Large Cap ETF | A | Dividend | K | T | Buy (add'l) | 04/27/17 | J | | |
| 16. Tortoise MLP Fd | A | Dividend | J | T | Buy (add'l) | 05/23/17 | J | | |
| 17. iShares MSCI US Min Vol ETF | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard HY Tax Exmt MF | A | Dividend | | | Sold | 05/31/17 | J | A | |
| 19. Schwab MMF (cash sweep) | A | Int./Div. | J | T | | | | | |
| 20. Joint Account (H) | | | | | | | | | |
| 21. American Fd Grwth Fd of Am A | B | Dividend | K | T | | | | | |
| 22. Alps Alerian MLP ETF | A | Dividend | J | T | Buy (add'l) | 06/14/17 | J | | |
| 23. | | | | | Sold (part) | 12/29/17 | J | | |
| 24. DFA Intl Cor Eqty Instl | A | Dividend | K | T | Buy (add'l) | 06/05/17 | K | | |
| 25. Guggenheim Short Dur ETF | A | Dividend | J | T | | | | | |
| 26. iShares Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 27. iShares Momentum ETF | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 28. iShares Natl Muni Bond ETF | A | Dividend | K | T | | | | | |
| 29. Columbia Mid Cap V. Fd A | B | Dividend | J | T | | | | | |
| 30. Nuveen Prefered Sec. I | A | Dividend | J | T | | | | | |
| 31. Pimco Income Instl MF | B | Dividend | L | T | Buy (add'l) | 06/05/17 | J | | |
| 32. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 33. Pimco Muni Income CEF | A | Dividend | J | T | Buy | 02/09/17 | J | | |
| 34. Schwab Dividend ETF | A | Dividend | K | T | Buy (add'l) | 06/30/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Schwab EM ETF | A | Dividend | J | T | Buy | 06/05/17 | J | | |
| 36. | | | | | Buy (add'l) | 12/15/17 | J | | |
| 37. Schwab Int'l Equity ETF | A | Dividend | J | T | Buy | 12/29/17 | J | | |
| 38. Amer. Fund Sm Cp World Fd A | A | Dividend | J | T | | | | | |
| 39. Schwab Muni MMF Adv Shares | A | Dividend | K | T | Buy (add'l) | 06/05/17 | K | | |
| 40. | | | | | Sold | 10/04/17 | J | | |
| 41. Invesco Amer Franchise A | A | Dividend | K | T | | | | | |
| 42. Vgd Extend Mkt Inv Shrs | A | Dividend | J | T | | | | | |
| 43. Vanguard HY Tax Exempt MF | A | Dividend | | | Sold | 05/31/17 | J | | |
| 44. Vanguard Interm Tax Exmpt | A | Dividend | K | T | | | | | |
| 45. Schwab Money Market Fund | A | Interest | J | T | | | | | |
| 46. IRA RO 1 (H) | | | | | | | | | |
| 47. Alps Alerian MLP ETF | A | Dividend | J | T | | | | | |
| 48. Brandes EM CL | A | Dividend | K | T | Buy (add'l) | 02/15/17 | K | | |
| 49. DFA Intl Core Eq MF | B | Dividend | L | T | Buy (add'l) | 02/15/17 | J | | |
| 50. Guggenheim Sht Dur ETF | B | Dividend | L | T | | | | | |
| 51. iShares Russell 1000 ETF | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Janus Triton FD T | B | Dividend | K | T | | | | | |
| 53. Janus Venture Fd T | A | Dividend | K | T | | | | | |
| 54. iShares Short Mat Bond ETF | A | Dividend | K | T | | | | | |
| 55. Pimco Income Instl | C | Dividend | M | T | Buy (add'l) | 09/08/17 | K | | |
| 56. Schwab MC ETF | A | Dividend | K | T | | | | | |
| 57. Schwab LC Value ETF | B | Dividend | L | T | Buy (add'l) | 02/15/17 | K | | |
| 58. Schwab Value Advantage MMF | A | Dividend | K | T | Sold (part) | 02/15/17 | L | | |
| 59. Tortoise Energy CEF | C | Distribution | | | Sold | 08/31/17 | K | A | |
| 60. iShares USA Min Vol ETF | B | Dividend | L | T | | | | | |
| 61. Vngd Total Bnd Adml. | B | Dividend | K | T | | | | | |
| 62. Vngd Devl Mkt Inv. Shrs | A | Dividend | K | T | | | | | |
| 63. Vngd Ext Mtks Inv Shrs | B | Dividend | L | T | | | | | |
| 64. Vngd Interm Term Adm Shares | B | Dividend | K | T | | | | | |
| 65. Vngd Total Intl Stk Inv Shr | A | Dividend | K | T | | | | | |
| 66. Vngd Growth Index Inv. Shr | B | Dividend | M | T | | | | | |
| 67. Vngd Sm. Cap Value Adm | A | Dividend | J | T | | | | | |
| 68. Western Asset Core Bond Fd | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Sch Bank Sweep MMF | A | Dividend | K | T | | | | | |
| 70. Inhr IRA 1 (H) | | | | | | | | | |
| 71. CR Suisse REMIC PF6 | B | Dividend | | | Sold | 10/23/17 | J | | |
| 72. CR Suisse REMIC PG4 | D | Dividend | | | Sold | 10/23/17 | L | | |
| 73. CR Suisse REMIC PH2 | D | Dividend | | | Sold | 10/23/17 | L | | |
| 74. Guggenheim Sht Dur ETF | A | Dividend | J | T | Buy | 08/28/17 | J | | |
| 75. | | | | | Sold (part) | 11/21/17 | J | | |
| 76. iShares Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 77. Pimco Income Instl MF | B | Dividend | L | T | Buy (add'l) | 10/31/17 | K | | |
| 78. Schwab LC Value ETF | A | Dividend | K | T | | | | | |
| 79. Tortoise MLP Fd Instl | A | Dividend | K | T | | | | | |
| 80. iShares Min Vol ETF | A | Dividend | K | T | | | | | |
| 81. Vngd Total Stock ETF | B | Dividend | L | T | | | | | |
| 82. Vngd Extended Mkt ETF | A | Dividend | L | T | | | | | |
| 83. Vngd Total Intl Stk ETF | B | Dividend | L | T | | | | | |
| 84. Western Asset Core Bond | A | Dividend | K | T | Buy | 10/31/17 | K | | |
| 85. Schwab Bank MMF Acct | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Roth IRA 1 (H) | | | | | | | | | |
| 87. Alps Alerian MLP ETF | A | Dividend | J | T | | | | | |
| 88. Guggenheim Sht Dur. ETF | A | Dividend | K | T | | | | | |
| 89. iShares Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 90. Northern Emerg Mkts Ind Fd | A | Dividend | J | T | | | | | |
| 91. Pimco Income MF | A | Dividend | J | T | | | | | |
| 92. Schwab Int'l Equity ETF | A | Dividend | J | T | Buy | 02/09/17 | J | | |
| 93. Schwab Fundmt Intl Small Fd | A | Dividend | | | Sold | 02/09/17 | J | A | |
| 94. Schwab Intl Index Fd | A | Dividend | J | T | | | | | |
| 95. TIAA Cref Lg Cap Gwth Index Fd | A | Dividend | K | T | | | | | |
| 96. TIAA CREF LG Cap Value Index Fd | B | Dividend | K | T | | | | | |
| 97. Vngd Total Bnd Adml Fd | A | Dividend | K | T | | | | | |
| 98. Vngd REIT Adml Fd | A | Dividend | J | T | | | | | |
| 99. Vngd Mid Cap Adml Fd | A | Dividend | J | T | | | | | |
| 100. Vngd Sm Cap Growth Fd. | A | Dividend | J | T | | | | | |
| 101. Vngd Sm Cap Value Fd | A | Dividend | J | T | | | | | |
| 102. Schwab MMF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. 529 Accounts (H) | | | | | | | | | |
| 104. Bright Directions 529 Plan 1 Age Based Cash Portfolio | | None | | | Closed | 12/31/17 | J | | |
| 105. Bright Directions 529 Plan 2 Invesco Govt & Agency Portfolio H | | None | M | T | | | | | |
| 106. Bright Directions 529 Plan 3 Invesco Govt & Agency Portfolio H | | None | M | T | | | | | |
| 107. Bright Directions 529 Plan 4 Invesco Govt & Agency Portfolio H | | None | M | T | | | | | |
| 108. BrightStart 529 Plan 1a Index Age Based Money Market Portfolio | | None | | | Closed | 12/31/17 | J | | |
| 109. BrightStart 529 Plan 2a Index Age Based Moderate Portfolio | | None | M | T | | | | | |
| 110. BrightStart 529 Plan 3a Index Age Based Moderate Portolio | | None | M | T | | | | | |
| 111. BrightStart 529 Plan 4a Index Age Based Moderate Portfolio | | None | M | T | | | | | |
| 112. Path2College 529 Plan 1 Age Based Guaranteed Option | | None | L | T | | | | | |
| 113. Path2College 529 Plan 2 Age Based Managed Equity Option | | None | L | T | | | | | |
| 114. Path2College 529 Plan 3 Age Based Aggressive Mgd Eq Allocation Option | | None | L | T | | | | | |
| 115. Path2College 529 Plan 4 Age Based Aggressive Mgd Eq Allocation Option | | None | L | T | | | | | |
| 116. Insurance Policy (H) | | | | | | | | | |
| 117. American General Whole Life Policy | B | Int./Div. | J | U | | | | | |
| 118. Trust I (H) | | | | | | | | | |
| 119. Wells Fargo Savings Acct | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Capital One Bank CD 8/6/18 rate 1.65 | A | Interest | K | T | | | | | |
| 121. Capital One Bank CD 8/6/18 Rate 1.7 | A | Interest | K | T | | | | | |
| 122. Amer Fd Inv Co of Amer. Cl A | E | Dividend | N | T | | | | | |
| 123. Alps Alerian MLP ETF | B | Dividend | | | Sold | 12/29/17 | J | | |
| 124. BlackRock Strategic Income | B | Dividend | L | T | Buy (add'l) | 12/21/17 | K | | |
| 125. DFA Intl Core Fd Instl | B | Dividend | L | T | | | | | |
| 126. Guggenheim Sh Dur ETF | A | Dividend | L | T | | | | | |
| 127. iShares Russell 1000 Val ETF | A | Dividend | | | Sold | 12/29/17 | K | C | |
| 128. BlackRock Strategic Muni Fd | A | Dividend | M | T | Buy | 12/21/17 | L | | |
| 129. BlackRock Nat. Muni Fd | C | Dividend | L | T | | | | | |
| 130. Pimco Enh Short Matur. ETF | B | Dividend | L | T | Buy (add'l) | 03/08/17 | K | | |
| 131. | | | | | Buy (add'l) | 12/21/17 | K | | |
| 132. iShares Natl Muni ETF | B | Dividend | | | Sold | 12/21/17 | L | B | |
| 133. iShares Short Mat. Bond ETF | A | Dividend | K | T | | | | | |
| 134. Nuveen Preferred Sec I | C | Dividend | L | T | | | | | |
| 135. Pimco Dynamic Inc. CEF | C | Dividend | | | Buy (add'l) | 08/10/17 | J | | |
| 136. | | | | | Sold | 12/21/17 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Pimco Incm Instl | C | Dividend | M | T | Buy (add'l) | 12/29/17 | K | | |
| 138. Pimco Muni Income CEF | B | Dividend | | | Buy | 02/09/17 | K | | |
| 139. | | | | | Sold | 12/21/17 | K | | |
| 140. Schwab Intl Equity ETF | A | Dividend | K | T | | | | | |
| 141. Charles Schwab US Mid Cap ETF | A | Dividend | K | T | | | | | |
| 142. Schwab Muni MMF | A | Interest | | | Sold | 03/20/17 | K | | |
| 143. Tortoise MLP Fd | B | Dividend | L | T | Buy (add'l) | 12/29/17 | K | | |
| 144. Vngd 500 Indx CL | C | Dividend | N | T | | | | | |
| 145. Vngd Growth Ind Inv Sh | A | Dividend | L | T | | | | | |
| 146. Vngd Ltd Tm Tax Exp Adm Sh | A | Dividend | L | T | | | | | |
| 147. Vngd Tax Mgd Sm Cap Fd | B | Dividend | M | T | | | | | |
| 148. Vngd Interm Term Fd Adm Sh | B | Dividend | L | T | | | | | |
| 149. Schwab MMF | A | Interest | L | T | | | | | |
| 150. Individual Account 1 (H) | | | | | | | | | |
| 151. Alps Alerian MLP ETF | A | Dividend | | | Sold | 12/29/17 | J | | |
| 152. BP Twinline MLP | A | Distribution | J | T | Buy | 12/29/17 | J | | |
| 153. DFA Intl Core Eqty Instl | A | Dividend | K | T | Buy (add'l) | 05/17/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. iShares MSCI EM Min Vol ETF | A | Dividend | J | T | | | | | |
| 155. iShares Russell 1000 ETF | A | Dividend | K | T | | | | | |
| 156. iShares Russell 1000 Value ETF | A | Dividend | K | T | | | | | |
| 157. Janus Triton MF | A | Dividend | K | T | | | | | |
| 158. Pimco Enhancd Short ETF | A | Dividend | J | T | | | | | |
| 159. iShares Natl Muni ETF | A | Dividend | K | T | | | | | |
| 160. Pimco Dynamic Income CEF | A | Dividend | K | T | Buy | 08/10/17 | J | | |
| 161. Pimco Income Instl CL | B | Dividend | K | T | Buy (add'l) | 05/17/17 | J | | |
| 162. Schwab US Dividend Eq ETF | A | Dividend | K | T | | | | | |
| 163. Schwab Emerging Mkts ETF | A | Dividend | J | T | | | | | |
| 164. Schwab Intl Eq. ETF | A | Dividend | K | T | Buy (add'l) | 11/14/17 | J | | |
| 165. Schwab US MC ETF | A | Dividend | K | T | | | | | |
| 166. Schwab MMF Muni Shares | A | Interest | J | T | Buy (add'l) | 07/17/17 | J | | |
| 167. | | | | | Sold (part) | 01/20/17 | J | | |
| 168. | | | | | Sold (part) | 05/17/17 | K | | |
| 169. | | | | | Sold (part) | 08/10/17 | J | | |
| 170. Tortoise Energy Infrastructure MF | A | Dividend | | | Sold | 08/31/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. iShares MSCI US Min Vol ETF | A | Dividend | K | T | | | | | |
| 172. Vangd High Yield MF | A | Dividend | | | Sold | 05/31/17 | J | | |
| 173. Vangd Inter Tm Tax Exmt MF | A | Dividend | K | T | | | | | |
| 174. Wells Fargo MMF Account | A | Interest | J | T | | | | | |
| 175. Schwab MMF Sweep Account | A | Interest | K | T | | | | | |
| 176. Aledo TX GO Muni Bd | B | Interest | K | T | | | | | |
| 177. CA STD Com. Dev Ath Rev Muni Bd | B | Interest | K | T | | | | | |
| 178. Central Puget Sound, WA Sales Use Tax Muni Bd | A | Interest | | | Redeemed | 11/01/17 | K | | |
| 179. Chicago, IL Bd ED GO Muni Bd. | B | Interest | K | T | | | | | |
| 180. Chicago, IL Wastewater Rev Muni Bd | A | Interest | K | T | | | | | |
| 181. Chicago, ILWTr Rev Sec. Lien B/E Ambac Due 11/1/24 | A | Interest | | | Redeemed | 06/22/17 | K | | |
| 182. Chicago IL Water Rev Sec Lien Due 11/1/28 Muni | B | Interest | K | T | | | | | |
| 183. Chicago, IL GO B/E Natl RE Muni | B | Interest | K | T | | | | | |
| 184. Columbus, OH SWR REV Muni BD | B | Interest | | | Redeemed | 12/01/17 | K | | |
| 185. Concord, IN SCHS Bldg Rev Muni Bd | B | Interest | K | T | | | | | |
| 186. Cuyahoga, OH Cmty College Gen Recpt Muni Bd | B | Interest | K | T | | | | | |
| 187. Dallas, TX Rapid Tran Sales Tx Rev Muni Bd | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Dallas, TX GO Ltd BE Muni Bd | B | Interest | K | T | | | | | |
| 189. Dallas, TX Wtrwks Rev Prerefunded Muni BD | A | Interest | | | Redeemed | 10/02/17 | K | | |
| 190. Dallas, TX Wtrkwks Unrefunded Muni Bd | A | Interest | | | Redeemed | 10/02/17 | J | | |
| 191. Delaware Riv Port Auth Rev Ser. Muni Bd | C | Interest | L | T | | | | | |
| 192. Detroit, MI Sewer Rev Muni Bd | B | Interest | K | T | | | | | |
| 193. Dist Columbia W&S Muni Bd | B | Interest | K | T | | | | | |
| 194. FL St BOE Pub Cap Outlay Muni Bd | B | Interest | K | T | | | | | |
| 195. FL ST Brd of Ed. Lottery Rev Ser A Muni | B | Interest | K | T | | | | | |
| 196. Fort Worth TX Rev Drain Util Serv BE Muni Bd | A | Interest | | | Redeemed | 02/15/17 | K | | |
| 197. Hillsborough FL Sch Bd Muni BD | B | Interest | | | Redeemed | 07/03/17 | K | A | |
| 198. Houston TX Aprt Rev Muni Bd | B | Interest | K | T | | | | | |
| 199. Houston TX Cmnty Cllg Maintenance Tax Muni Bd | B | Interest | K | T | | | | | |
| 200. Houston Tx RFDG PUB IMPT Ser A GO 3/1/27 Muni | B | Interest | K | T | | | | | |
| 201. Houston TX Un Ref Bal RFDG Pub Impt GO OID Muni Bd dtd 3/1/26 | A | Interest | J | T | | | | | |
| 202. Houston TX Prerefunded Bal RFDG Pub IMPT SER A Due 3/1/26 Muni | A | Interest | | | Redeemed | 03/01/17 | K | | |
| 203. Huntsville AL Pub Bldg Rev Preferv 2014 Cap Impv Muni Bd | A | Interest | | | Redeemed | 04/03/17 | J | | |
| 204. Huntsville, AL Pub Bdg Auth Unref Bal Mun | A | Interest | | | Redeemed | 11/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Independence,OR City Hall GO Muni Bd | B | Interest | K | T | | | | | |
| 206. IN BD Rev SPL PG Ser C Muni Bd | B | Interest | K | T | | | | | |
| 207. Kendall Kane Un Ref Bal 2014 GO Muni Bd | B | Interest | K | T | | | | | |
| 208. Laurel Cty KY Sch Dist Fin Corp Rev Muni Bd | A | Interest | | | Redeemed | 06/01/17 | K | | |
| 209. Marion Cty Fl Rev Muni Bd | B | Interest | K | T | | | | | |
| 210. MA EDL Fing Auth BE Muni Bd | A | Interest | J | T | | | | | |
| 211. MA St Con Ln Ser A GO Muni Bd | B | Interest | K | T | | | | | |
| 212. MARTA GA Sales Tax REF Muni BD | B | Interest | | | Redeemed | 07/03/17 | K | | |
| 213. Miami Dade SPL Oblig Rev Muni Bd | B | Interest | K | T | | | | | |
| 214. Miami FL SPL Oblg Str Sidewalk Rev Muni Bd | B | Interest | K | T | | | | | |
| 215. Michigan St Grant Rev Muni Bd | B | Interest | | | Redeemed | 09/15/17 | K | | |
| 216. MS Devl BK Southhaven Wtr Swr Muni Bd | A | Interest | | | Redeemed | 03/01/17 | K | A | |
| 217. New Haven CA GO Muni Bd | B | Interest | K | T | | | | | |
| 218. NY Pre Refunded Fiscal 2008 GO Muni Bd | A | Interest | | | Redeemed | 10/02/17 | J | | |
| 219. NY Un Ref Bal Fiscal Muni | A | Interest | | | Redeemed | 10/02/17 | K | | |
| 220. North, TX TWY Auth. Rfdg Sys Muni Bd | B | Interest | K | T | | | | | |
| 221. Penn St High EFA Rev St Sys Muni Bd | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Phoenix AZ Civic Ser A Muni Bd | B | Interest | K | T | | | | | |
| 223. Phoenix AZ Civic Impt Wastwater Rev B | B | Interest | | | Redeemed | 07/03/17 | K | | |
| 224. Pine Ridge Vlg AZ Rev Ref Muni Bd | B | Interest | K | T | | | | | |
| 225. Scottsdale AZ Hosp Rev Muni Bd | B | Interest | K | T | | | | | |
| 226. TX Tech Rev Ref Muni Bd | B | Interest | K | T | | | | | |
| 227. Univ of CO Enterprise Sys Rev Muni Bd | B | Interest | K | T | | | | | |
| 228. Univ. Houston TX PreRefunded Revs RFDG Cons Muni Bd | B | Interest | K | T | | | | | |
| 229. Univ Houston TX Unrefunded Bal. RFDG Con Muni | A | Interest | J | T | | | | | |
| 230. Wash St Var Purp Ser F GO Muni Bd | B | Interest | | | Redeemed | 07/03/17 | K | | |
| 231. Windsor CA Sch Dist GO Muni Bd | B | Interest | | | Redeemed | 08/01/17 | K | | |
| 232. Johnson Cnty. KS Wtr Dist | A | Interest | L | T | Buy | 12/26/17 | L | | |
| 233. Georgia ST SER A 2 G/O | A | Interest | K | T | Buy | 11/30/17 | K | | |
| 234. Wells Fargo Bank NA CD | A | Interest | L | T | Buy | 07/31/17 | L | | |
| 235. Maryland St. Muni Bd | A | Interest | K | T | Buy | 03/10/17 | K | | |
| 236. Wells Fargo Individual Savings Account | A | Interest | J | T | | | | | |
| 237. Trust II (H) | | | | | | | | | |
| 238. Wells Fargo MMF Acct | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Bank West 1.45% CD | A | Interest | K | T | Buy | 08/07/17 | K | | |
| 240. ALPS Alerian MLP ETF | B | Dividend | | | Buy (add'l) | 03/09/17 | J | | |
| 241. | | | | | Sold | 12/29/17 | K | | |
| 242. BP TwinLine MLP Fd | A | Distribution | K | T | Buy | 12/29/17 | K | | |
| 243. Bridgeway Blue Chip 35 Index Fund | B | Dividend | K | T | | | | | |
| 244. DFA Intl Core Eqty Instl MF | B | Dividend | L | T | Buy (add'l) | 12/29/17 | K | | |
| 245. Guggenheim Short Dur ETF | A | Dividend | K | T | | | | | |
| 246. iShares Russell 1000 ETF | A | Dividend | L | T | | | | | |
| 247. Blackrock Strat Muni Oppty FD | B | Dividend | L | T | Buy (add'l) | 12/29/17 | K | | |
| 248. iShares Natl Muni ETF | A | Dividend | | | Sold | 12/29/17 | K | B | |
| 249. Pimco Inc. Instl Cl | B | Dividend | K | T | Buy (add'l) | 05/17/17 | J | | |
| 250. Schwab US Small Cap ETF | A | Dividend | K | T | | | | | |
| 251. Schwab US Dividend ETF | B | Dividend | L | T | | | | | |
| 252. Schwab EM ETF | A | Dividend | K | T | Buy | 05/17/17 | J | | |
| 253. | | | | | Buy (add'l) | 08/07/17 | J | | |
| 254. Schwab US MC ETF | A | Dividend | K | T | | | | | |
| 255. Schwab Value Advantage MMF Acct | A | Interest | J | T | Sold (part) | 03/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Tortoise Energy Infr. ETF | A | Dividend | | | Sold | 08/31/17 | J | A | |
| 257. Vngd Growth Indx Adml MF | A | Dividend | L | T | | | | | |
| 258. Vanguard Sm Cap Value MF | A | Dividend | J | T | | | | | |
| 259. Vanguard HY Tax Exmt MF | A | Dividend | | | Sold | 05/31/17 | J | | |
| 260. Alpharetta GA Dev Auth Muni | A | Interest | K | T | | | | | |
| 261. Anchorage, AK Gen Purp Serv V GO Muni | A | Interest | K | T | | | | | |
| 262. AZ Brd Regents Univ AZ Sys Rev Muni | A | Interest | K | T | | | | | |
| 263. Arlington, TX Ref Perm Impt Ser A Go Muni | A | Interest | K | T | | | | | |
| 264. Athens, Clark Cty GA Uni Govt Devl Rev Muni | A | Interest | K | T | | | | | |
| 265. Cape May NJ GOMuni Bd | A | Interest | K | T | | | | | |
| 266. Carroll City County Hsp Auth GA Rev Muni | A | Interest | K | T | | | | | |
| 267. Cleveland OH Wtrwks Rev Muni Bd | A | Interest | | | Redeemed | 01/03/17 | J | | |
| 268. Cobb Cty GA Kennestone Hsp Rev Antic Muni Bd | A | Interest | K | T | | | | | |
| 269. Cobb Cty Kennestone Hsp Rev RFDG BE Cpn Muni Bd | A | Interest | K | T | | | | | |
| 270. Dane Cnty WI Corp Purp Ser B Muni | A | Interest | K | T | | | | | |
| 271. Decatur GA City Sch GO Muni | A | Interest | K | T | | | | | |
| 272. Delaware ST Ser A GO Muni | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Des Moines IA Ser A2 Muni Bd | A | Interest | K | T | | | | | |
| 274. Dublin OH Var Purp GO Muni Bd | A | Interest | K | T | | | | | |
| 275. Florida St Brd Ed Pub Ed Muni | A | Interest | K | T | | | | | |
| 276. Fl St Bd Ed Issues prior to 2008 Muni Bd | A | Interest | K | T | | | | | |
| 277. Florida St Board of Ed. Pub Cap Outlay Ser C Muni | A | Interest | K | T | | | | | |
| 278. Ft Bend TX WTR SWR Muni Bd | A | Interest | K | T | | | | | |
| 279. Franklin OH Rrdg GO Muni Bd | A | Interest | K | T | | | | | |
| 280. Fulton Cnty GA Dev Auth Rev RFDG Piedmont Hosp. Muni | A | Interest | K | T | | | | | |
| 281. GA St Rfdg GO Ser J1 Muni Bd | B | Interest | K | T | | | | | |
| 282. Georgia St Serv A 2 Unlit BE GO Muni | B | Interest | K | T | | | | | |
| 283. GA ST Ser A GO Muni Bd 2/1/25 | B | Interest | K | T | | | | | |
| 284. GA St Ser A GO Untld BE OID 2/1/29 | A | Interest | K | T | | | | | |
| 285. GA St Serv A GO Unltd BE Muni Due 2/30 | A | Interest | K | T | | | | | |
| 286. GA St Ser D GO Muni BD | B | Interest | L | T | | | | | |
| 287. Griffin GA Comp RFDG Muni Bd | A | Interest | K | T | | | | | |
| 288. Gwinnett Cty GA Sch Dist BE Muni Bd | A | Interest | K | T | | | | | |
| 289. Gwinnett Cty GA GO Unltd BD Muni Bd | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Hamilton MI Cmnty Sch Dist GO Muni | A | Interest | K | T | | | | | |
| 291. Hawaii St Ser ET GO Muni Bd | A | Interest | K | T | | | | | |
| 292. Hoover AL Refdg Wts GO Muni | A | Interest | K | T | | | | | |
| 293. Huntsville AL Pub Bldg Auth Rev Muni Bd | B | Interest | | | Redeemed | 11/13/17 | K | | |
| 294. ILL HSG Dev Auth Muni Bd | A | Interest | J | T | Redeemed (part) | 06/15/17 | J | | |
| 295. ILL St Unrefunded GO Unltd Muni Bd | A | Interest | K | T | | | | | |
| 296. James City Cnty VA Econ Devl Auth Muni | A | Interest | K | T | | | | | |
| 297. Jefferson City MO Prerefd Muni Bd | A | Interest | | | Redeemed | 03/01/17 | K | | |
| 298. Jefferson City MO Unref bal RFDG Muni Bd | A | Interest | | | Redeemed | 03/01/17 | J | | |
| 299. Jefferson Parrish Sch Brd Rev Muni BD | B | Interest | K | T | | | | | |
| 300. Johnson Cnty KS Pub Bldg Com Ser B Muni | A | Interest | K | T | | | | | |
| 301. Las Vegas NV RFDG Per Art Ser A Muni | A | Interest | K | T | | | | | |
| 302. Lawrenceville GA Proj B Muni Bd | A | Interest | K | T | | | | | |
| 303. Madison WI GO Muni Bd | A | Interest | K | T | | | | | |
| 304. Maryland St GO Muni Bd | B | Interest | K | T | | | | | |
| 305. Mass ST Dev Fin Agy Rev Partners Muni | A | Interest | J | T | | | | | |
| 306. Mc Kinney TX Indpt Sch Dist Bldg Ser A Muni | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. Mesa AZ Rev Muni Bd | A | Interest | K | T | | | | | |
| 308. Northern IN Commuter Trans Dist Ind Rev Muni | A | Interest | J | T | | | | | |
| 309. Oregon St Dept Admin Rev Muni Bd | B | Interest | K | T | | | | | |
| 310. Paulding Cnty GA W&S Rev Muni | A | Interest | K | T | | | | | |
| 311. Penn St 1st Ser GO LTD Muni | A | Interest | K | T | | | | | |
| 312. Penn St GO Unlimited Muni Bd | A | Interest | K | T | | | | | |
| 313. Plymouth MA GO Muni Bd | A | Interest | K | T | | | | | |
| 314. Polk Cty IA Rfdg Ltd Muni | A | Interest | K | T | | | | | |
| 315. Raleigh NC GO Muni Bd | A | Interest | K | T | | | | | |
| 316. Reynoldsburg OH GO Muni Bd | A | Interest | K | T | | | | | |
| 317. Rhode Island St Prov Plantn GO Unlim Muni | A | Interest | J | T | | | | | |
| 318. Riverhead NY GO Muni Bd | A | Interest | K | T | | | | | |
| 319. San Ant TX Prere Muni Bd | A | Interest | | | Redeemed | 02/01/17 | J | | |
| 320. San Diego Ca WTR REV Muni Bd | A | Interest | J | T | | | | | |
| 321. San Jacinto Tx GO Muni Bd | A | Interest | K | T | | | | | |
| 322. Savannah GA Econ Deb Rev Muni Bd | A | Interest | K | T | | | | | |
| 323. Shakopee MN Rev Muni Bd | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. St Cloud MN Ser A Muni | A | Interest | J | T | | | | | |
| 325. Stamford CT Serv B GO Muni | A | Interest | K | T | | | | | |
| 326. State Pub Sch Bkdg PA Muni | A | Interest | | | Redeemed | 04/03/17 | K | A | |
| 327. Sugerhill GA Downtn Dev Auth Serv A Muni | A | Interest | K | T | | | | | |
| 328. Sumter SC Wtwks Rev Bd | A | Interest | K | T | | | | | |
| 329. Topeka KS GO Muni Bd | A | Interest | K | T | | | | | |
| 330. Tri Cnty Met Trans Dist Or Rev Muni | A | Interest | K | T | | | | | |
| 331. Univ NE Revs Rfdg NEB Omaha Stud Hlth Muni | A | Interest | K | T | | | | | |
| 332. Utah St Bldg Auth Rev Muni | A | Interest | K | T | | | | | |
| 333. Vir St Res Auth Rev Muni Bd | A | Interest | K | T | | | | | |
| 334. Vir St RFDG Ser B GO 6/1/33 | A | Interest | K | T | | | | | |
| 335. Wash St Rer 2007D OID Muni Bd | A | Interest | | | Redeemed | 01/03/17 | K | | |
| 336. Waco TX CFTS Oblig DB Muni | B | Interest | K | T | | | | | |
| 337. Walton Cty GA W&S Rev Muni | A | Interest | K | T | | | | | |
| 338. Washoe Cty NV GO Muni Bd | A | Interest | K | T | | | | | |
| 339. Wells Fargo CD 2/18 | B | Interest | M | T | | | | | |
| 340. Wichita KS Serv 807 GO Muni | A | Interest | K | T | | | | | |

| | | | |
|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Goldman Sachs CD 3/17 | B | Interest | | | Redeemed | 03/02/17 | N | | |
| 342. Decatur GA RFDG G/O | A | Interest | K | T | Buy | 12/11/17 | K | | |
| 343. Lincoln NE San SWR Rev. | A | Interest | L | T | Buy | 10/31/17 | L | | |
| 344. Multnomah Cnty OR Sch. | A | Interest | K | T | Buy | 08/18/17 | K | | |
| 345. Cherokee Cnty GA SCH SYS | A | Interest | L | T | Buy | 04/26/17 | L | | |
| 346. Howard Cnty MD RFDG MET | A | Interest | L | T | Buy | 04/24/17 | L | | |
| 347. Georgia ST Ser A G/O B\E | A | Interest | K | T | Buy | 04/04/17 | K | | |
| 348. Oklahoma City OK G/O | A | Interest | K | T | Buy | 04/04/17 | K | | |
| 349. Johns Creek GA G/O UNLTD | A | Interest | K | T | Buy | 03/29/17 | K | | |
| 350. Nevada ST Muni BD BK Project | A | Interest | K | T | Buy | 03/21/17 | K | | |
| 351. Scottsdale AZ Muni PPTY | A | Interest | K | T | Buy | 03/09/17 | K | | |
| 352. Evanston IL Rfdg Ser B | A | Interest | K | T | Buy | 03/08/17 | K | | |
| 353. Metropolitan Atlanta | A | Interest | K | T | Buy | 01/11/17 | K | | |
| 354. Richmond VA Pub Impt Ser | A | Interest | J | T | Buy | 01/11/17 | J | | |
| 355. Wells Joint Checking Acct | A | Interest | J | T | | | | | |
| 356. Wells Joint Savings Accounts | A | Interest | K | T | | | | | |
| 357. Wells Fargo Custodial Checking III | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. Wells Fargo Custodial Checking IV | A | Interest | J | T | | | | | |
| 359. Wells Fargo Custodial Checking V | A | Interest | J | T | | | | | |
| 360. WellsFargo LLC Checking Acct | A | Interest | J | T | | | | | |
| 361. Fidelity Banking Account | A | Interest | J | T | | | | | |
| 362. Fidelity Savings Account | A | Interest | J | T | | | | | |
| 363. Discover Bank Account | A | Interest | J | T | | | | | |
| 364. Discover Bank CD 1 | A | Interest | L | T | | | | | |
| 365. Discover Bank CD 2 | A | Interest | L | T | | | | | |
| 366. Alliant Credit Union Account | A | Interest | M | T | | | | | |
| 367. American Express Bank Account I | A | Interest | M | T | | | | | |
| 368. Goldman Sachs Bank/Marcus Bank | A | Interest | J | T | | | | | |
| 369. Credit Union of GA Account I | A | Interest | J | T | | | | | |
| 370. Credit Union of GA Account II | A | Interest | J | T | | | | | |
| 371. Credit Union of GA Account II Savings | A | Interest | J | T | | | | | |
| 372. American Express Bank Account II | A | Interest | K | T | | | | | |
| 373. 50% Interest in Sangamon Cty, Illinois Farm Land | C | Rent | L | W | | | | | |
| 374. 50% Interest in Marion Cty, FL Vacant Commercial Land | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. RE Limited Partnership Interest/LP | C | Distribution | | | Sold | 12/31/17 | K | E | |
| 376. 403b Plan 2 (H) | | | | | | | | | |
| 377. Cobb Cty Tax Sheltered 403B Plan | A | Int./Div. | J | T | | | | | |
| 378. Annuity (H) | | | | | | | | | |
| 379. Jackson Natl Fixed / Flex 1 Annuity | A | Interest | J | T | | | | | |
| 380. | | | | | | | | | |
| 381. | | | | | | | | | |
| 382. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Baisier, Paul M. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 41 of the amended 2016 Report, referencing a Schwab Muni MMF position was listed in error and has been deleted from the 2017 report

Line 375 - The real property owned by this limited partnership was sold during June, 2017. A final cash distribution in the range described in column D3 was made on this limited partnership interest during 2017. The limited partnership was anticipated to be wound up by the end of 2017. The general partner advised the limited partners in a letter included with their 2017 tax documents not to expect any further communications regarding this investment or their limited partnership interests. The tax matters shown on the tax documents distributed by the general partner for 2017 resulted in net taxable income attributable this limited partnership interest for 2017 in the range shown in column D4.

For line 424 on the amended 2016 Report, the Virginia ST RFDG Muni entry was a duplicate and removed from the 2017 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Paul M. Baisier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544